IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal No. **3:26-CR-337-L** |
| | § | |
| **JEROD RASHAD THOMPSON-ROSS** | § | |

# ORDER

On September 8, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 24) was entered. The Report recommends that the court deny the Motion to Dismiss Counts 1 and 2 of the Indictment ("Motion") (Doc. 21), filed by Defendant Jerod Rashad Thompson-Ross ("Defendant"), because he concedes that the arguments proffered in support of his Motion have been rejected by the Fifth Circuit. No objections to the Report were filed within the 14-day period allowed under Local Criminal Rule 59.2.

Having considered Defendant's Motion, the briefing on the Motion, the Indictment, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Motion (Doc. 21).

**It is so ordered** this 20th day of October, 2026.

Sam A. Lindsay
United States District Judge